NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JULIA E. JARRETT**
Julia.Jarrett@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:21-cv-01795-MO |
| **Plaintiff,** | |
| v. | SETTLEMENT AGREEMENT |
| **$643,526.00 IN UNITED STATES CURRENCY; and** | |
| **$131,287.12 IN UNITED STATES CURRENCY,** *in rem*, | |
| **Defendant.** | |

The United States and Claimant Hernan Sanchez Villalobos, and his authorized counsel, Justin Rosas, have agreed to settle his claim to Defendant *in rem*, $643,526.00 U.S. currency, in accordance with the following terms.

## SETTLEMENT

IT IS AGREED by and between the undersigned parties as follows:

1. This Agreement has no effect on any claims that any other department or agency of the United States may have against Hernan Sanchez Villalobos.

2. Hernan Sanchez Villalobos is the sole claimant in this matter.

3. Claimant Hernan Sanchez Villalobos agrees to withdraw his Claim and Answer as to Defendant *in rem*, $131,287.12 U.S. currency. Claimant further agrees to forfeit to the United States all his right, title, and interest in the $131,287.12 U.S. currency and agrees to the entry of a Default Judgment of Forfeiture against Defendant, *in rem*, $131,287.12 U.S. currency

4. The United States agrees to release to claimant Hernan Sanchez Villalobos, $96,528.90 U.S. currency, without interest (15% of defendant *in rem*, $643,526.00 U.S. currency). Claimant agrees to provide his Social Security number to facilitate this return of funds. Payment shall be made via electronic transfer to Justin Rosas's attorney trust account, as outlined on the corresponding vendor/payment form.

5. Claimant agrees to forfeit to the United States all his right, title, and interest in $546,997.10 U.S. currency (the remaining portion of Defendant, *in rem*, $643,526.00 U.S. currency) and further agrees to the entry of a Final Judgment of Forfeiture against the $546,997.10 U.S. currency.

6. Claimant Hernan Sanchez Villalobos hereby agrees to release and to hold the United States, and any agents, servants, and employees of the United States, or any state or local law enforcement agency, acting in their individual or official capacities, harmless from any claim,

whether presently or hereinafter known, made by themselves arising from and on account of the seizure of the defendant currencies.

7. The parties will each bear their own costs and their own attorney fees in this matter.

8. The parties agree, pursuant to 28 U.S.C. § 2465(a)(2), there was reasonable cause for the seizure and arrest of the property and neither the persons who made the seizure or arrest nor the prosecutors shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs.

9. Claimant Hernan Sanchez Villalobos voluntarily waives all constitutional, legal, and equitable claims to the forfeiture of the $131,287.12 U.S. currency and $546,997.10 U.S. currency, including any claim under the Eighth Amendment to the United States Constitution.

10. All persons signing this agreement have read and understand each and every provision herein. This Settlement Agreement is entered into freely and voluntarily. By signing this Settlement Agreement the parties merely intend to settle the claims made in this litigation. Each person signing this Settlement Agreement is fully authorized to do so, whether on his or her own behalf or as representative for or on behalf of any other party or claimant herein.

11. The United States agrees to release to Claimant Hernan Sanchez Villalobos the sum of $96,528.90 U.S. currency, without interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect under federal law, including but not limited to collections under the Treasury Offset Program.

12. This Court shall retain jurisdiction in this cause for the purpose of enforcing the terms of this agreement.

_____     5/23/23
HERNAN SANCHEZ VILLALOBOS     DATE
Claimant

_____     5/23/23
JUSTIN ROSAS                  DATE
Attorney for Claimant

_____     05/24/2023
JULIA E. JARRETT              DATE
Assistant United States Attorney
   Attorney for the United States of America